IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BERNARDO WILLIAMS-JAUREGUI,<br><br>　　　　　　　Defendant. | 8:16CR331<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing [262](#)) is granted.

2. Defendant Bernardo Williams-Jauregui's sentencing is continued to September 20, 2018 at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge